# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ELIZABETH L. MACKEY,**
Appellant,

v.

**TYLER MOYNIHAN** and **DANIEL V. DE LOIS,**
Appellees.

No. 4D22-2346

[August 10, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley Harper, Judge; L.T. Case No. 50-2019-CA-002973-XXXX-MB.

Elizabeth Mackey, Royal Palm Beach, pro se.

John D. O'Neill of John D. O'Neill, P.A., Palm Beach, for appellee Daniel V. De Lois.

Brian P. Kowal of Law Office of Brian P. Kowal, P.A., Coral Springs, for appellee Tyler Moynihan.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***